FILED ___ LODGED
✓ RECEIVED ___ COPY

DEC 0 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  anferni-juwan: harris
2  in care of: 1717 east wier avenue
   arizona republic [phoenix] [85040]

in the harris court,

at the "united states district court"

| | |
|---|---|
| ANFERNI JUWAN HARRIS, | case number: CV23-02496-PHX-SPL |
| claimant, | |
| vs. | nature of case: claim |
| EXPERIAN, | claim of reputation |
| | [by way of inaccuracy procedures of the law] |
| wrongdoer. | |

ANFERNI JUWAN HARRIS: require: a 'court of record'; trial by jury

ANFERNI JUWAN HARRIS claim harm by way of reputation.

ANFERNI JUWAN HARRIS: claim reputation; said reputation is, do[es] cause harm to person;

all herein be true, and will verify in open court.

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE ___LRCwPS.4___
(Rule Number/Section)

executed on this 29th day of november, in the year of our Lord two thousand and twenty-three

_authorized signature of ANFERNI JUWAN HARRIS_
authorized signature of the represented person

NATURE OF CASE: CLAIM CLAIM OF REPUTATION [BY WAY OF INACCURACY PROCEDURES OF THE LAW] - 1